MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
MICHAEL B. LEE, P.C.
1820 E. Sahara Avenue, Suite 110
Las Vegas, Nevada 89104
Telephone: (702) 477.7030
Facsimile: (702) 477.0096
mike@mblnv.com
Attorneys for Plaintiff LVC SURGICAL CENTER, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LVC SURGICAL CENTER, LLC, a Nevada Limited Liability Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INSIGHT SURGICAL EQUIPMENT CO., an Arizona Corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant.<br>And Related Claims. | Case No.: 2:19−cv−01734−RFB−BNW<br><br>**[PROPOSED] JOINT DISCOVERY PLAN AND SCHEDULING ORDER (Fed. R. Civ. P. 26(f))**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1-1, Plaintiff LVC SURGICAL CENTER, LLC ("Plaintiff", "Counter-Defendant", or "LVC"), by and through its attorneys of record, the law firm of MICHAEL B. LEE., P.C., and Defendant INSIGHT SURGICAL EQUIPMENT CO. ("Insight", "Defendant", or ("Counterclaimant"), by and through its counsel of record, WILSON ELSER, (collectively the "Parties"), hereby submit to this Honorable Court the following joint discovery plan and scheduling order.

1.  **Meeting.** As required by this Honorable Court by way of an Order (ECF No. 021), Michael B. Lee, counsel for Plaintiff, and Christopher Richardson, counsel for Defendant, met and conferred on November 13, 2019, to develop the following discovery plan. The Complaint was originally filed in Clark County, Nevada. Defendant removed it (ECF No. 1) October 4, 2019.

2.  **Pre-Discovery Disclosures.** Plaintiff disclosed its initial disclosures of its witnesses, documents, damages, and no insurance on November 13, 2019. Insight will exchange

the information as required by Federal Rule of Civil Procedure 26(a)(1) on or before November 27, 2019.

3. Discovery Plan. All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure, and discovery will encompass issues commonly pursued in breach of contract, deceptive trade practices cases. The parties propose the following discovery overview, discovery plan and cutoff dates:

    a. Discovery Cut-off Date. Plaintiff filed the instant action in the Nevada District Court, Eighth Judicial District Court, on September 11, 2019. Defendants filed an Answer and Counterclaim on November 6, 2019 (ECF No. 021). Plaintiff filed a Reply to the Counterclaims on November 6, 2019 (ECF No. 022).

    b. The Parties propose the following discovery dates:

        i. Discovery Cut-Off by May 11, 2020.

        ii. Joint Protective Order by February 11, 2020.

        iii. Last date to amend pleadings and add parties by Feb. 11, 2020

        iv. Last date to file interim status report by March 12, 2020.

        v. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2) by March 12, 2020

        vi. Last date to disclose rebuttal experts by April 10, 2020.

        vii. Motions due by June 10, 2020.

        viii. Proposed Joint Pretrial Order due by July 10, 2020.

    c. Joint Pretrial Order: The parties propose the Joint Pretrial Order shall be filed on or before July 10, 2020 which is 30 days after the deadline for filing dispositive motions. However, if dispositive motions have been filed, the Joint Pretrial Order shall be due thirty days after a decision or by further order of the Court. Disclosures under Rule 26(a)(3) of the Federal Rules of Civil Procedure and any objections thereto shall be included in the Joint Pretrial Order.

4. Alternative Dispute Resolution. This matter is currently set for a mediation on January 3, 2020 (ECF No. 014).

/ / / /

MICHAEL B. LEE, P.C.
1820 E. SAHARA AVENUE, SUITE 110, LAS VEGAS, NEVADA 89104
TEL – (702) 477.7030; FAX – (702) 477.0096
mike@mblnv.com

5. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), but declined to do so.

6. Electronic Evidence. A jury trial has been demanded, and the Parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. No stipulations were reached regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system, but the Parties will readdress this before they submit a Joint Pretrial Order. The Parties will consult the court's website or contact the assigned judge's courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the court's electronic jury evidence display system.

7. Special Scheduling Review Requested. The Parties requested a discovery period of 180 days from the date of the meet-and-confer. As neither party has conducted any discovery, this will provide sufficient time for both Parties to utilize written discovery requests, issue subpoenas, and conduct depositions for this matter. The Parties believe an extended discovery period may be necessary given the allegations involved in this action, and will provide a status report or a stipulation / motion in the event additional discovery is necessary.

Dated this 14 day of November, 2019.

MICHAEL B. LEE. P.C.

/s/ Michael Lee
MICHAEL B. LEE (NV 10122)
MICHAEL N. MATTHIS (NV 14582)
1820 E. Sahara Ave., Suite 110
Las Vegas, Nevada 89104
Counsel for Plaintiff
mike@mblnv.com

Dated this 14 day of November, 2019.

WILSON ELSER

/s/ Chris Richardson
MICHAEL P. LOWRY, ESQ. (NSB 10666)
CHRISTOPHER J. RICHARDSON, ESQ. (9166)
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
E-mail: Michael.Lowry@wilsonelser.com
E-mail: Chris.Richardson@wilsonelser.com
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Insight Surgical Equipment Co.

**IT IS SO ORDERED**

**DATED: November 15, 2019**

_____
**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**