MICHAEL B. LEE, ESQ.  (NSB 10122)
MICHAEL MATTHIS, ESQ. (NSB 14582)
MICHAEL B. LEE, P.C.
1820 E. Sahara Avenue, Suite 110
Las Vegas, Nevada 89104
Telephone: (702) 477.7030
Facsimile: (702) 477.0096
mike@mblnv.com
Attorneys for Plaintiff LVC SURGICAL CENTER, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LVC SURGICAL CENTER, LLC, a Nevada Limited Liability Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INSIGHT SURGICAL EQUIPMENT CO., an Arizona Corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | Case No.: 2:19−cv−01734−RFB−BNW<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL** |

Plaintiff LVC SURGICAL CENTER, LLC ("Plaintiff" or "LVC"), by and through his attorneys of record, the law firm of MICHAEL B. LEE., P.C., and Defendant INSIGHT SURGICAL EQUIPMENT CO. ("Insight" or "Defendant"), by and through its attorneys of record, WILSON ELSER, hereby submits this **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL** ("Stipulation"). The Stipulation is made and based on the following information:

1. On or about January 3, 2020, the Parties engaged in a settlement conference with Hon. Magistrate Judge Brenda Weksler presiding over the settlement conference.

2. At the settlement conference, the Parties were able to reach a resolution in this matter, placing the material terms on the record in this court.

3. At this time, the Parties have finalized all necessary documents comprising of the settlement agreement between the Parties.

4. As such, the Parties jointly request voluntary dismissal of the above-referenced action pursuant to the finalized and signed settlement documents ("Settlement Documents").

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, that the above-referenced matter shall be dismissed and each party to bear its own attorneys' fees and costs—with exception to any attorneys' fees provision included in the Settlement Documents; and,

**IT IS FURTHER STIPULATED AND AGREED** that this Honorable Court retains jurisdiction over this matter in the event that litigation is necessary to enforce any and/or all of the provisions contained in the Settlement Documents.

| | |
|---|---|
| DATED this 12 of May, 2020. | DATED this 12 of May, 2020. |
| MICHAEL B. LEE, P.C. | WILSON ELSER |
| /s/ Michael Lee | /s/ Christopher Richardson |
| MICHAEL B. LEE, ESQ. (NSB 10122)<br>MICHAEL MATTHIS, ESQ. (NSB 14582)<br>1820 E. Sahara Ave. Ste. 110<br>Las Vegas, Nevada 89104<br>Tel: 702.477.7030 / Fax: 702.477.0096<br>mike@mblnv.com<br>*Attorney for Plaintiff* | MICHAEL P. LOWRY, ESQ.<br>CHRISTOPHER J. RICHARDSON, ESQ.<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>E-mail: Michael.Lowry@wilsonelser.com<br>E-mail: Chris.Richardson@wilsonelser.com<br>Attorneys for Insight Surgical Equipment Co. |

## ORDER

Based on the foregoing **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**, the Stipulation is GRANTED and this matter is hereby dismissed without prejudice.

DATED this __12th__ day of May, 2020.

_____
HON. RICHARD F. BOULEWARE
UNITED STATES DISTRICT COURT JUDGE